

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00213-CV

Sylvia **MORAN** and Leo J. Moran,
Appellants

v.

**WELLS FARGO USA HOLDINGS, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019-CV-02303
Honorable Gloria Saldana, Judge Presiding

# O R D E R

On July 23, 2019, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that the index of authorities does not indicate the pages of the brief where the authorities are cited, the statement of facts does not contain any citations to the record, the argument does not contain any citations to authorities or to the record, and the appendix does not contain a copy of the trial court's judgment or other order from which relief is sought. *See* TEX. R. APP. P. 38.1(c), (g), (i), (k). The brief also violates Rule 9.4 of the Texas Rules of Appellate Procedure in that it does not contain a certificate of compliance. *See* TEX. R. APP. P. 9.4(i)(3). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is further ORDERED that appellant file an amended brief, in compliance with Rules 9.4 and 38.1, that includes an index of authority indicating the pages of the brief where the authorities are cited, contains appropriate citations to the record and to authorities, includes an appendix with a copy of the trial court's judgment or other order from which relief is sought, and that contains a certificate of compliance. It is further ORDERED that appellant's amended brief is due to be filed in this court no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.



_____
Keith E. Hottle,
Clerk of Court